448 A.2d 1165

Commonwealth v. Cardona, Appellant.

Petition for Allowance of Appeal Denied Oct. 18, 1982.

Submitted March 24, 1982. Anthony S. Federico, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.